## United States District Court for the Northern District of Illinois

Case Number: 08CV151     Assigned/Issued By: J. N.

Judge Name: NORDBERG     Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP        [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2445701

Date Payment Rec'd: 1-8-08     Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
        (Type of Writ)

4 Original and 0 copies on 1-8-08 as to ATTORNEY GENERAL
                        (Date)
MICHAEL MUKASEY; ROBERT MUELLER; MICHAEL CHERTOFF; U.S. ATTNY

C:\wpwin80\docket\feeinfo.frm     03/14/05