UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HATEM MORRAR,                          )
                                       )        No. 08 C 0151
                Plaintiffs,            )
                                       )
                       v.              )        Judge Nordberg
                                       )
MICHAEL CHERTOFF, et al.,              )
                                       )
                Defendants.            )

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).


Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Pierre C. Talbert
    PIERRE C. TALBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-4088
    Pierre.Talbert@usdoj.ogv

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

### ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers on January 28, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:
　　s/Pierre C. Talbert
　　PIERRE C. TALBERT
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
Dated:  January 15, 2008　　(312) 353-4088