UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hatem Morrar
                         Plaintiff,

v.                                          Case No.: 1:08−cv−00151
                                                  Honorable John A. Nordberg

Michael Chertoff, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable John A. Nordberg:Status hearing held on 4/23/2008. Briefing as to government's motion for leave to file motion for summary judgment given in open court is amended as follows: Government to file its motion for summary judgment 5/7/208; Response due by 5/14/2008; Reply due by 5/28/2008; Ruling by mail.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.