UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HATEM MORRAR, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL CHERTOFF, Director, Department )<br>of Homeland Security, and ROBERT S. )<br>MUELLER, Director, Federal Bureau of )<br>Investigation, )<br>)<br>    Defendants. ) | No. 08 C 151<br><br>Judge Nordberg |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **May 14, 2008,** at **2:30 p.m.**, I will appear before **Judge Nordberg** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **UNITED STATES' MOTION FOR ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/ Pierre C. Talbert
        PIERRE C. TALBERT
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4088
        pierre.talbert@usdoj.gov