UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HATEM MORRAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 151 |
| ) | |
| MICHAEL CHERTOFF, Director, Department ) | |
| of Homeland Security, and ROBERT S. ) | Judge Nordberg |
| MUELLER III, Director, Federal Bureau of ) | |
| Investigation, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION**
**FOR SUMMARY JUDGMENT**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, on behalf of the federal defendants, Michael Chertoff, Director, Department of Homeland Security and Robert S. Mueller III, Director, Federal Bureau of Investigation, against plaintiff Hatem Morrar. In support, the United States has contemporaneously filed its memorandum in support of summary judgment, its Local Rule 56.1 statement of undisputed material facts, and its exhibits in support of summary judgment.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Pierre C. Talbert
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4088
pierre.talbert@usdoj.gov