## Reem Odeh

**From:** Reem Odeh [reemodeh@sbcglobal.net]
**Sent:** Thursday, May 08, 2008 12:00 PM
**To:** 'Talbert, Pierre (USAILN)'
**Subject:** RE: Morrar v. DHS

Sure no problem. I hope you get better.

**REEM H. ODEH**
ATTORNEY AT LAW

EIGHT SOUTH MICHIGAN AVENUE
SUITE 3200
CHICAGO, ILLINOIS 60603

(312) 701-3000
FAX (312) 701-3088
e-mail: reemodeh@sbcglobal.net

LAW OFFICE OF
BRODSKY & ODEH

Powered by CardScan

**From:** Talbert, Pierre (USAILN) [mailto:Pierre.Talbert@usdoj.gov]
**Sent:** Wednesday, May 07, 2008 1:57 PM
**To:** Reem Odeh
**Subject:** Morrar v. DHS

Reem,

I've been out of the office with an illness and I need two extra days file my motion for summary judgment. Will you agree to the additional time? Thanks.

Pierre

*Pierre C. Talbert*

*Assistant United States Attorney*

*219 South Dearborn Street*

*Chicago, Illinois 60604*

*Tele: 312.353.4088*

*Fax: 312.886.4073*

5/19/2008