UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HATEM MORRAR,** ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> **MICHAEL CHERTOFF,** ) <br> AS THE DIRECTOR OF ) <br> THE DEPARTMENT OF HOMELAND ) <br> SECURITY, ROBERT S. MUELLER, III ) <br> AS THE DIRECTOR OF FEDERAL ) <br> BUREAU OF INVESTIGATIONS ) <br> Defendants ) <br> ) | No.: 08 C 151 <br><br><br> A# 047 917 872 |

## NOTICE OF MOTION

To:   Pierre C. Talbert
      United States Attorney's Office
      219 S. Dearborn St.
      Suite 500
      Chicago IL 60604
      Email: pierre.talbert@usdoj.gov


PLEASE TAKE NOTICE that on **May 28, 2008, at 2:30 p.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John Nordberh**, or any Judge sitting in his stead, in Room 1801 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **Plaintiffs s Motion To Strike Motion For Summary Judgment**.


                                        Plaintiff Hatem Morrar


                                        By: _____/s/ Reem H. Odeh_____
                                              One Of Their Attorneys


Reem H. Odeh
Brodsky & Odeh
8 South Michigan, Ave.
Chicago, Illinois
(312)701-3000

-1-

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct: that I caused to be served the above and foregoing Notice of Motion and (1) Plaintiffs Motion To Strike Motion For Summary Judgment. via the U.S. District Court's Electronic Filing System to all parties of record on the 19tth day of May, 2008 before 5:00 p.m.

                                                Plaintiff

                                                By: _____/s/ Reem H. Odeh_____
                                                         One Of Their Attorneys

Reem H. Odeh
Brodsky & Odeh
8 South Michigan, Ave.
Chicago, Illinois
(312)701-3000