## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hatem Morrar

                        Plaintiff,

v.                                                                        Case No.: 1:08−cv−00151
                                                                          Honorable John A. Nordberg

Michael Chertoff, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable John A. Nordberg:Motion to strike [20] is denied. Motion hearing held on 5/28/2008 regarding motion to strike [20].Briefing as to motion for summary judgment[17]is set as follows:( Response due by 6/20/2008; Reply due by 7/7/2008.)Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.